UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY CORDRAY,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 15-cv-04635-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. Dkt. No. 21. Consequently, the Court vacates all pretrial deadlines and dismisses this case without prejudice. If any party certifies to the Court on or before August 10, 2016 that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be with prejudice after August 10, 2016.

**IT IS SO ORDERED.**

Dated: July 25, 2016

_____
JAMES DONATO
United States District Judge